IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:12-CR-50-1H

| UNITED STATES OF AMERICA | ) |
|---|---|
| v. | ) |
| | ) **ORDER** |
| MICHAEL JAMES WINTERS | ) |

This matter is before the court on defendant's motion for return of seized property. The court has reviewed the matter and understands that the property at issue is in the possession of the Wilson County Sheriff's Office and is under order for destruction by the Honorable Milton Fitch, Jr.

Therefore, the court DENIES the motion. Defendant may seek return of the property in the state court system if he so desires.

This 30th day of January 2013.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26